## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEROY WEBB, et al., Individually   :
and on Behalf of all Others   :
Similarly Situated,   :

  :

       Plaintiffs,   :

  :

    v.   :   3:08-CV-01607
  :   (JUDGE MARIANI)

DISCOVERY PROPERTY &   :
CASUALTY INSURANCE CO., et al.,   :

  :

       Defendants.   :

## ORDER

**AND NOW, THIS 7TH DAY OF JANUARY, 2014**, in accordance with the Court's

Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Class

Certification and for Appointment of Counsel (Doc. 95) is **DENIED**.

_____
Robert D. Mariani
United States District Judge