IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERMAN DOUGLAS and<br>CYNTHIA DOUGLAS,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 3:08-CV-01607<br>(Judge Mariani) |

## ORDER

AND NOW, THIS 28th DAY OF SEPTEMBER, 2015, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Summary Judgment (Doc. 131) is **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. 132) is **GRANTED IN PART AND DENIED IN PART**, to wit:

    a. The Motion is **DENIED** with respect to Plaintiffs' UIM claim (Count I); and

    b. The Motion is **GRANTED** and summary judgment is **ENTERED** on behalf of the Defendant with respect to Plaintiffs' Bad Faith claim (Count II).

3. A telephone conference call for purposes of scheduling the remaining aspects of Plaintiffs' Count I for trial will be held on **Thursday, October 8, 2015** at **1:30 p.m.** Counsel for the Plaintiffs is responsible for arranging the call to Chambers at (570)

207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge