IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HERMAN DOUGLAS and
CYNTHIA DOUGLAS,

    Plaintiffs,

v.

DISCOVER PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendant.

3:08-CV-01607
(Judge Mariani)

## ORDER

AND NOW, THIS 7TH DAY OF DECEMBER, 2015, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Reconsideration (Doc. 146) is **DENIED**.

2. A telephone conference call for purposes of scheduling this matter for trial **SHALL BE HELD** on **Thursday, December 17, 2015** at **11:15 a.m.** Counsel for the Plaintiff shall be responsible for arranging the call to Chambers at (570) 207-5750 and all parties should be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge